# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

INGRID MARCEL,

    Plaintiff,

v.

FLORIDA HOSPITAL PHYSICIAN GROUP, INC. D/B/A DVENTHEALTH MEDICAL GROUP MULTISPECIALTY AT NEW TAMPA,

    Defendant.

CASE NO.:

## NOTICE OF REMOVAL

Defendant Florida Hospital Physician Group, Inc. d/b/a AdventHealth Medical Group Multispecialty at New Tampa ("Defendant") hereby removes this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, where the action is now pending, to the United States District Court for the Middle District of Florida, Tampa Division pursuant to 28 U.S.C. §§ 1331, 1367, and 1446. The removal of this action is based upon the following:

### Background

1.    On or about August 15, 2022, Plaintiff filed a civil action against Defendant in the Circuit Court of the Thirteenth Judicial Circuit in and for

1

Hillsborough County, Florida, entitled *Ingrid Marcel v. Florida Hospital Physician Group, Inc. d/b/a AdventHealth Medical Group Multispecialty at New Tampa,* Case No. 22-CA-006871 (hereinafter "State Court Action"). Plaintiff filed an Amended Complaint on December 5, 2022 which was served on Defendant on December 8, 2022. Plaintiff's Amended Complaint asserts claims against Defendant arising under both federal and state law.

2. Specifically, Plaintiff's Amended Complaint alleges causes of action against Defendant for interference and retaliation in violation of the Family and Medical Leave Act ("FMLA") (Counts I and II); retaliation in violation of the Americans with Disabilities Act ("ADA") (Count III); and retaliation in violation of the Florida Civil Rights Act ("FCRA") (Count IV).

3. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the claims asserted under the FMLA, 29 U.S.C. § 2601 *et seq.*, and ADA (Counts I-III) as these claims arise under the laws of the United States. *See* 28 U.S.C. § 1331.

4. This Court also has supplemental jurisdiction over Plaintiff's FCRA retaliation claim (Count IV) pursuant to 28 U.S.C. § 1367(a). With respect to Plaintiff's alleged violations under the FCRA, Plaintiff's state and federal law claims arise from the same set of facts and allegations such that they form part of

the same case or controversy.

## Venue

5. Venue is proper in this Court under 28 U.S.C. § 1391(b)(2) as Plaintiff claims that the events giving rise to her claims occurred in Hillsborough County, FL, and removal to this Court is proper pursuant to 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Tampa Division includes the Thirteenth Judicial Circuit in and for Hillsborough County, the judicial circuit in which Plaintiff filed her Complaint.

## Compliance with Procedural Requirements

6. On December 8, 2020, Defendant was served with the Amended Complaint Thus, the notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days from the date on which Defendant was served with process of Plaintiff's Amended Complaint. *See Romero v. Randle Eastern Ambulance Service Inc.* 2009 WL 347412, Case No. 08-23179 (S.D. Fla. Feb. 11, 2009).

7. True and correct copies of all process, pleadings, orders, and other papers or exhibits of every kind currently on file with the Clerk of the Court for the Thirteenth Judicial Circuit and for Hillsborough County, Florida are being contemporaneously filed with this Notice of Removal as required by 28 U.S.C. § 1446(a) and Local Rule 1.06 M.D. Fla.

8. All Defendants consent to this removal as required by 28 U.S.C. § 1446(b)(2)(C).

9. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of this removal to Plaintiff and will file a copy of this Notice of Removal in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

WHEREFORE, Defendant respectfully request the United States for the Middle District of Florida, Tampa Division, accept removal of this action from the state court and direct the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida have no further jurisdiction of this matter unless and until this case is remanded.

Dated: December 28, 2022                Respectfully submitted,

/s/ Nicole Bermel Dunlap
Kimberly J. Doud
Florida Bar No.: 523771
Nicole Bermel Dunlap
Florida Bar No. 116158
Email: ndunlap@littler.com
LITTLER MENDELSON, P.C.
111 N. Orange Ave., Suite 1750
Orlando, FL 32801
Tel: (407) 393-2900
Fax: (407) 393-2929

Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of December 2022, a copy of the foregoing was filed using CM/ECF and served on all counsel of record in the below Service List.

*/s/ Nicole B. Dunlap*
Nicole B. Dunlap

**SERVICE LIST**

Christiane L. Nolton, Esq.
Email: christiane@squiresryan.com
SQUIRES & RYAN, PLLC
100 South Ashley Drive
Suite 600
Tampa, Florida 33602

Attorney for Plaintiff

4891-7142-6614.1 / 070462-1000